**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL D. SCHMIDT, | ) | Case No. CV 18-01212-AS |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of the<br>Social Security Administration, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: November 28, 2018

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE